## SMITH BROS. GRAIN CO. v. JENSON.
### (No. 426.)

(Court of Civil Appeals of Texas. El Paso. March 25, 1915.)

1. COURTS �köm121—JURISDICTION—AMOUNT IN CONTROVERSY—COUNTY COURT.

The county court has no jurisdiction to enjoin the enforcement of a justice court judgment which is for less than $200.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 410, 413–426, 428, 437, 450, 452, 458, 459, 466; Dec. Dig. ⊦köm121.]

2. APPEAL AND ERROR ⊦köm719—ASSIGNMENT OF ERRORS—NECESSITY—WANT OF JURISDICTION.

Error by the county court in assuming jurisdiction to enjoin the enforcement of a justice court judgment for less than $200 is an error of law apparent on the face of the record, and necessitates a reversal, though not assigned or briefed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2968–2982, 3490; Dec. Dig. ⊦köm719.]

Appeal from Ward County Court; Burch Carson, Judge.

Suit by O. P. Jenson against the Smith Bros. Grain Company and another. Judgment for the plaintiff, and Smith Bros. Grain Company appeals. Reversed and dismissed.

---

⊦kömFor other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

J. A. Drane, of Pecos, and Slay & Simon, of Ft. Worth, for appellant. B. W. Baker, of Barstow, for appellee.

HIGGINS, J. [1] Jenson brought this suit in the county court against H. C. Cantrell, sheriff of Ward county, and Smith Bros. Grain Company, to restrain the enforcement of an execution issued upon a judgment for less than $200 rendered in the justice court. This appeal is prosecuted from a judgment granting the relief sought. The county court has no jurisdiction to enjoin the enforcement of a justice court judgment for less than $200. De Witt County v. Wischkemper, 95 Tex. 435, 67 S. W. 882; Philips v. Sanders, 80 S. W. 567; Lyons Bros. v. Corley, 135 S. W. 603; Staley v. Derden, 57 Tex. Civ. App. 142, 121 S. W. 1136.

[2] No briefs have been filed, but the error of the court in assuming jurisdiction is an error in law apparent on the face of the record and necessitates a reversal, though not assigned or briefed.

The judgment of the court below is reversed, and judgment here rendered that the suit be dismissed.

Reversed and dismissed.

Suit by John Miller against the Smith Bros. Grain Company and another. Judgment for the plaintiff, and Smith Bros. Grain Company appeals. Reversed and dismissed.

J. A. Drane, of Pecos, and Slay & Simon, of Ft. Worth, for appellant. B. W. Baker, of Barstow, for appellee.